

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:

On June 3, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

The Conservation Society of San Antonio and Lewis Vetter v. University of Texas at San Antonio and City of San Antonio

Court of Appeals No. 15-25-00043-CV
Trial Court No. 2025CI07382

The Court of Appeals entered the following judgment or order:

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on April 14, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, The Conservation Society of San Antonio and Lewis Vetter.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this August 15, 2025.

CHRISTOPHER A. PRINE, CLERK